IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ATTAIN, LLC ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-01024 |
| ) | |
| VERITAS CAPITAL FUND ) | The Honorable Ivan D. Davis |
| MANAGEMENT, L.L.C. ) | |
| ) | |
| *Defendant.* ) | |

FILED AUG 21 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

### [PROPOSED] ORDER ON THE JOINT MOTION TO VACATE HEARING AND SETTING EXPEDITED DISCOVERY SCHEDULE

This matter having come before the Court on the Parties' joint motion to vacate hearing and for entry of a limited, expedited discovery schedule, and it appearing to the Court based on the consent of the Parties and good cause shown that the hearing should be vacated and a discovery schedule should be entered, it is hereby **ORDERED** that the joint motion is **GRANTED** as follows:

1. The hearing on Plaintiff's Motion for Expedited Discovery currently scheduled for August 23, 2019, is hereby vacated.

2. The Parties, having mutually agreed to make certain limited, expedited document productions for purposes of the Motion for Preliminary Injunction, will complete their exchange of documents by August 28, 2019.

3. The Parties shall complete depositions of each other's witnesses, not to exceed a total of three hours per side, by September 6, 2019. Each Party shall each be entitled to depose one agreed-upon individual witness of the other party who shall testify in his/her individual

capacity.

4. Each party may serve one third-party subpoena for documents and deposition.

5. Nothing in this Order shall limit, prevent, or otherwise prejudice either party's ability to conduct discovery during the regular (non-expedited) course of discovery.

Entered: 21 Aug 19

/s/
Ivan D. Davis
United States Magistrate Judge